**Honorable Ricardo S. Martinez**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RANDI COBLE, | ) |
|     Plaintiff, | ) No. C05-0177-RSM |
| v. | ) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) ORDER |
|     Defendant. | ) |

The Court hereby awards Plaintiff, Randi Coble, $4,813.89 in attorney fees, $31.76 in expenses, and $155.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $5,000.65.

Dated:   July 29, 2005

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Proposed Order - 1
[No.C05-177-RSM]